UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER ALLEN | § | CIVIL ACTION NO. H-17-0456 |
| | § | |
| VS. | § | |
| | § | |
| RUTH'S HOSPITALITY GROUP, INC. | § | |
| D/B/A RUTH'S CHRIS STEAK HOUSE | § | |

## ORDER GRANTING PLAINTIFF
## WALTER ALLEN'S MOTION TO REMAND

After considering Plaintiff Walter Allen's Motion to Remand, the response, the replies, if any, and the pleadings, the Court is of the opinion that Plaintiff Walter Allen's Motion to Remand is **GRANTED.**

IT IS THEREFORE **ORDERED** that Plaintiff Walter Allen's Motion to Remand is **GRANTED**.

IT IS FURTHER **ORDERED** that the Court remands this case back to the 113th Judicial District Court of Harris County, Texas.

SIGNED on the ____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE