UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


| | | |
|---|---|---|
| WALTER ALLEN | § | CIVIL ACTION NO. H-17-0456 |
| | § | |
| VS. | § | |
| | § | |
| RUTH'S HOSPITALITY GROUP, INC. | § | |
| D/B/A RUTH'S CHRIS STEAK HOUSE | § | |


## ANNOUNCEMENT OF SETTLEMENT


**TO THE HONORABLE JUDGE OF SAID COURT:**

The parties herby announce that they have reached a tentative settlement with reference to the above-entitled and numbered cause. Once the settlement has been finalized, the parties will file the appropriate documents with the Court promptly.



Respectfully submitted,

WILLIE & ASSOCIATES, P.C.



By: /s/ Joseph R. Willie, II, D.D.S., J.D.
Joseph R. Willie, II, D.D.S., J.D.
4151 Southwest Freeway, Suite 490
Houston, Texas 77027
(713) 659-7330
(713) 599-1659 (FAX)
SBOT# 21633500
attyjrwii@wisamlawyers.com

ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served, via the CM/ECF System, to Maria K. Karos, 1717 Main Street, Suite 5400, Dallas, Texas 75201, on the 27th day of June, 2017.

<u>/s/ Joseph R. Willie, II, D.D.S., J.D.</u>
Joseph R. Willie, II, D.D.S., J.D.