UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WALTER ALLEN | § | CIVIL ACTION NO. H-17-0456 |
| | § | |
| VS. | § | |
| | § | |
| RUTH'S HOSPITALITY GROUP, INC. | § | |
| D/B/A RUTH'S CHRIS STEAK HOUSE | § | |

## UNOPPOSED MOTION FOR NON-SUIT

**TO THE HONORABLE JUDGE OF SAID:**

WALTER ALLEN, Plaintiff, moves the Court to dismiss the case against Defendant, RUTH'S HOSPITALITY GROUP, INC. d/b/a RUTH'S CHRIS STEAK HOUSE, and in support of said motion would respectfully show the Court the following:

I.

Plaintiff no longer desires to prosecute his case against Defendant. This dispute between Plaintiff and Defendant that is the subject of this action have been compromised and settled.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to sign an order dismissing this suit with prejudice with costs of suit taxed to the parties incurring the same.

Respectfully submitted,

WILLIE & ASSOCIATES, P.C.

By: /s/ Joseph R. Willie, II, D.D.S, J.D.
Joseph R. Willie, II, D.D.S., J.D.
SBOT #21633500
Federal Bar I.D. #13746
4151 Southwest Freeway, Suite 490
Houston, Texas 77027
Telephone:    (713) 659-7330
Facsimile:     (713) 599-1659
attyjrwii@wisamlawyers.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via CM/ECF system on the 24th day of July, 2017, to Maria K. Karos, Sedgwick LLP, 1717 Main Street, Suite 5400, Dallas, Texas 75201.

/s/ Joseph R. Willie, II, D.D.S, J.D.
Joseph R. Willie, II, D.D.S., J.D.

## CERTIFICATE OF CONFERENCE

Opposing counsel, Maria K. Karos, Esquire, is not opposed to the Court granting this motion.

/s/ Joseph R. Willie, II, D.D.S, J.D.
Joseph R. Willie, II, D.D.S., J.D.