United States District Court
Southern District of Texas
**ENTERED**
July 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Walter Allen, | § § § | |
| V. | § § | Civil Action No. H-17-456 |
| Ruth's Hospitality Group, Inc., et al, | § § | |

## ORDER

Pending before the Court is the Unopposed Motion for Non-Suit (Document # 28). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be granted. Accordingly, the Court hereby

ORDERS that the Motion for Non-Suit (Document # 28) is GRANTED.

Signed at Houston, TX on the __25__ day of July, 2017.

DAVID HITTNER
United States District Judge